

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00727-CR

ALPHONSO SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 239th District Court of Brazoria County.  (Tr. Ct. No. 71088).

**TO THE 239TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 2nd day of July 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on August 28, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment that assesses attorneys' fees against Alphonso Smith.  Accordingly, the Court **modifies** the trial court's judgment, striking the assessment of attorneys' fees against Alphonso Smith.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 2, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

